IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albert-Ann Benjamin, *et al.*<br><br>                    Plaintiffs,<br><br>v.<br><br>City of New York<br><br>                    Defendant. | Case No. 1:23-cv-05458 |

**NOTICE OF FILING CONSENTS TO JOIN**

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. RACHELLE FILS
   629 14 STREET
   WEST BABYLON, NY 11704
   SUFFOLK COUNTY

2. VIVIAN FINNEY
   3162 BAYVIEW AVE #7A
   BROOKLYN, NY 11224
   KINGS COUNTY

3. BELINDA FISHER
   678 LINCOLN AVE
   BROOKLYN, NY 11208
   KINGS COUNTY

4. EMMANUELLE FLAX
   147-36 94TH AVE APT 15D
   JAMAICA, NY 11435
   QUEENS COUNTY

5. JILLIAN FLECKER
   51 EARL STREET
   WESTBURY, NY 11590

   NASSAU COUNTY

6. CLAUDE FLETCHER
   48 SO. 2ND AVE., #A3
   MT. VERNON, NY 10550
   WESTCHESTER COUNTY

7. MTONYA FLETCHER
   2881 FAIRFIELD AVENUE
   BROOKLYN, NY 11210
   KINGS COUNTY

8. JIZELL FLETCHER-AKHTAB
   11735 226TH ST
   CAMBRIA HEIGHTS, NY 11411
   QUEENS COUNTY

9. EDNA FLORES GARCIA
   23 LINDEN ST.
   STATEN ISLAND, NY 10310
   RICHMOND COUNTY

10. KARINA FLORES
    3151 PERRY AVE APT 4D
    BRONX, NY 10467
    BRONX COUNTY

11. MAYA FLOYD
    1964 BERGEN STREET APT 4B
    BROOKLYN, NY 11233
    KINGS COUNTY

12. DAWN FODOR
    3404 OCEAN AVENUE APT D2
    EAST ROCKAWAY, NY 11518
    NASSAU COUNTY

13. LEVAR FOLK
    125 SCHROEDERS STREET
    BROOKLYN, NY 11239
    KINGS COUNTY

14. NATASHA FONCETTE
    18 NATALIE COURT
    STATEN ISLAND, NY 10304
    RICHMOND COUNTY

15. THOMAS FORD
    5 CYPRESS LANE
    RIDGEFIELD, CT 06877
    FAIRFIELD COUNTY

16. FORERO LUISA
    231 SEMINOLE ST
    RONKONKOMA, NY 11779
    SUFFOLK COUNTY

17. DAWN FORRESTER
    2525 WESTBOURNE AVENUE
    FAR ROCKAWAY, NY 11691
    QUEENS COUNTY

18. MICHELLE FORRESTER
    25-25 WESTBOURNE AVE
    FAR ROCKAWAY, NY 11691
    QUEENS COUNTY

19. DAINA FOSTER
    250 N. BROADWAY, 5J
    YONKERS, NY 10701
    WESTCHESTER COUNTY

20. KEISHA FOSTER
    2747 SEDGWICK AVENUE APT 4E
    BRONX, NY 10468
    BRONX COUNTY

21. MARSHA FOSTER
    10119 223RD
    QUEENS VILLAGE, NY 11429
    QUEENS COUNTY

22. SHAKERA FOWLER
    250 CROWN STREET
    BROOKLYN, NY 11225
    KINGS COUNTY

23. FLORENCE FOX
    6434 102ND STREET, APT 3N,
    REGOPARK, NY 11374
    QUEENS COUNTY

24. ALETHEA FRANCIS
    4005 ELY AVE
    BRONX, NY 10466
    BRONX COUNTY

25. CECILY FRANCIS
    965 EAST 78TH STREET
    BROOKLYN, NY 11236
    KINGS COUNTY

26. NICHOLE FRANCIS
    814 TILDEN STREET APT B3E
    BRONX, NY 10467
    BRONX COUNTY

27. RENEEASIR FRANCIS-BOYD
    920 WESTCHESTER AVE. APT. 6I
    BRONX, NY 10549
    WESTCHESTER COUNTY

28. SHERMA FRANCOIS QUIJIJE
    919 EISENHOWER DR
    WEST HEMPSTEAD, NY 11552
    NASSAU COUNTY

29. CHARMAINE FRANK
    1174 E 56TH STREET
    BROOKLYN, NY 11234
    KINGS COUNTY

30. SHARON FRANK
    85 WASHINGTON STREET, APT 401
    EAST ORANGE, NJ 07017
    ESSEX COUNTY

31. NICOLE FRANKLIN
    10219 SEAVIEW AVE
    BROOKLYN, NY 11236
    KINGS COUNTY

32. TRACEY FRANKLIN
    116-25 130TH STREET
    SOUTH OZONE PARK, NY 11420
    QUEENS COUNTY

33. TIFFANY FRANKLYN

300 MACON ST
BROOKLYN, NY 11216
KINGS COUNTY

34. SONIA FRASER
238 SCHENECTADY AVE #1L
BROOKLYN, NY 11213
KINGS COUNTY

35. WANDA FRASER
366 EAST 98TH STREET, APT 2F
BROOKLYN, NY 11212
KINGS COUNTY

36. SHERIFA FRAY
40 SONIA ROAD
BAY SHORE, NY 11706
SUFFOLK COUNTY

37. DWAIN FRAZIER
117-12 233RD STREET
CAMBRIA HEIGHTS, NY 11411
QUEENS COUNTY

38. LORRAINE FRAZIER
344 EAST 28TH STREET APT. 16A
NEW YORK, NY 10016
NEW YORK COUNTY

39. SONARA FREDERIQUE
4710 FLATLANDS AVENUE
BROOKLYN, NY 11234
KINGS COUNTY

40. JONATHAN FREED
71 GRAYSON PL
TEANECK, NJ 07666
BERGEN COUNTY

41. CHANEXA FRIAS
1425 TOWNSEND AVENUE APT#602
BRONX, NY 10452
BRONX COUNTY

42. LOQUESHA FRITH
852 THOMAS S. BOYLAND STREET

    BROOKLYN, NY 11212
    KINGS COUNTY

43. JANOI FRYE
    100 MONTGOMERY STREET APT 2E
    JERSEY CITY, NJ 07302
    HUDSON COUNTY

44. JOHN FTILAKIS
    2151 27TH STREET
    ASTORIA, NY 11105
    QUEENS COUNTY

45. KRISTIN FULLER
    100 W131 STREET SPT7I
    NEW YORK, NY 10027
    NEW YORK COUNTY

46. CHARMAINE GABAY
    309 N MONROE AVE
    LINDENHURST, NY 11757
    SUFFOLK COUNTY

47. TAYISHA GABOTON
    16 MARSHALL ST APT 10E
    IRVINGTON, NJ 07111
    ESSEX COUNTY

48. CHRISTINE GABRIEL
    53 CHESTNUT LANE
    NEWBURGH, NY 12550
    ORANGE COUNTY

49. SELVIN GABRIEL
    53 CHESTNUT LANE
    NEWBURGH, NY 12550
    ORANGE COUNTY

50. LLOYD GAGE
    36 CLEMENTE PLACE
    HEMPSTEAD, NY 11550
    NASSAU COUNTY

The Consent to Sue forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: June 29, 2023                              Respectfully submitted,

*/s/ Gregory K. McGillivary*
Gregory K. McGillivary (pro hac vice forthcoming)
Diana Nobile (pro hac vice forthcoming)
Sarah M. Block
MCGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855

*/s/ Hope Pordy*
Hope Pordy
SPIVAK LIPTON LLP
1040 Avenue of the Americas, 20th Flr
New York, NY  10018
Phone: (212) 765 2100
hpordy@spivaklipton.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served via ECF filing:

*/s/ Hope Pordy*
Hope Pordy
