UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ALBERT-ANN BENJAMIN et al.,                                        :
:
                      Plaintiffs,             :
:      23-CV-5458 (JMF)
         -v-                                                     :
:      <u>ORDER</u>
CITY OF NEW YORK,                                                  :
:
                      Defendant.              :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's September 29, 2023 Order, ECF No. 74, the parties were required to file a joint letter, the contents of which are described therein, by November 8, 2023. To date, the parties have not filed any such letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 14, 2023**.

       SO ORDERED.

Dated: November 9, 2023
       New York, New York
                                         JESSE M. FURMAN
                                         United States District Judge